IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| **ALBERTO ESPINOZA** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No.: 8:25-CV-02239-PX |
| **UNDERWRITERS, YACHTINSURE LIMITED** | * | |
| | * | |
| *Defendant*. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of Veronica J. Mina, Kagan Stern Marinello & Beard, LLC, on behalf of Plaintiff, Alberto Espinoza, in the above-captioned matter pursuant to L.R. 101.1(a).

Date: August 13, 2025

             */s/ Veronica J. Mina*
             Veronica J. Mina (D. Md. Bar No. 30472)
             KAGAN STERN MARINELLO & BEARD, LLC
             238 West Street
             Annapolis, MD 21401
             Telephone: (410) 216-7900
             Facsimile: (410) 705-0836
             Email: mina@kaganstern.com

             *Counsel for Plaintiff*
             *Alberto Espinoza*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August, 2025, a copy of the foregoing Notice of Entry of Appearance of Counsel was filed via the CM/ECF filing system, and served via electronic mail on the following:

Cody L. Frank, Esquire
Marlin K. Green, Esquire
BROWN SIMS
2801 SW 149th Ave, Suite 120
Miramar, Florida 33027
Phone:      (305) 274-5507
Facsimile:  (305) 274-5517
Email:      cfrank@brownsims.com
Email:      mgreen@brownsims.com

*Counsel for Defendant*
*Underwriters, Yachtinsure Limited*

　　　　　　　　　　　　　　*/s/ Veronica J. Mina*
　　　　　　　　　　　　　　Veronica J. Mina (D. Md. Bar No. 30472)