UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

CASE NO. 8:25-CV-02239-PX

ALBERTO ESPINOZA

    Plaintiff,

vs.

UNDERWRITERS, YACHTINSURE
LIMITED,

    Defendant.
_____/

## PLAINTIFF'S STATUS REPORT

Plaintiff, ALBERTO ESPINOZA ("Plaintiff") by and through the undersigned counsel, and pursuant to this Court's instruction during the Recorded Call of August 19, 2025, hereby submits this Status Report as follows:

1. Plaintiff respectfully submits this Plaintiff's Status Report, consistent with the Court's instruction during the Recorded Call of August 19, 2025.

2. Following the Recorded Call, Plaintiff has confirmed Plaintiff's intent to amend the Complaint with Defendant.

3. The parties understand that the Court has, via its August 19, 2025, Order, [D.E. 25] vacated its prior Order Setting Trial Dates and Deadlines [D.E. 10] and also vacated its prior Order Setting Discovery Procedures. [D.E. 11].

4. The parties would propose that the Court provide for a twenty (20) day period for the filing of the Amended Complaint.

5. Defendant anticipates responding to the Complaint consistent with the Federal

Rules.

6. Plaintiff has also sought from Defendant the discoverable documents and information that are the "core documents" of the matter, allowing Defendant to continue to assert any applicable privileges.

7. The parties conducted a phone conference during which Defendant advised that it does not agree that it need provide any documents or information at this time.

8. Due to the parties' disagreement, Plaintiff proposes that Defendant respond to discovery and provide discoverable documents and information that are the "core documents" of the matter within ten (10) days.

9. Plaintiff submits this Plaintiff's Status Report only after engaging in a number of conferral attempts to reach a joint document, including a phone conference between counsels; however, the inability to reach an agreement with respect to paragraphs six, seven, and eight of this document requires Plaintiff to file this Plaintiff's Status Report.

Respectfully submitted this 2nd day of September, 2025.

| | |
|---|---|
| /s/ David Avellar Neblett | /s/ Meagan C. Borgerson |
| David Avellar Neblett, Esq., B.C.S. | Meagan C. Borgerson (D. Md. No. 13686) |
| Florida Bar No. 526371 | KAGAN STERN MARINELLO & BEARD, LLC |
| david@NeblettLaw.com | 238 West Street |
| James M. Mahaffey, III, Esq. | Annapolis, MD 21401 |
| Florida Bar No. 105353 | Telephone:    (410) 216-7900 |
| James@NeblettLaw.com | Facsimile:    (410) 705-0836 |
| **NEBLETT LAW GROUP** | Email:    borgerson@kaganstern.com |
| 2550 South Bayshore Drive, Suite 211 | |
| Miami, Florida 33133 | *Co-Counsel for Plaintiff* |
| Telephone: (305) 456-0445 | *Alberto Espinoza* |
| Facsimile:  (305) 967-8182 | |
| *Pro Hac Vice Co-Counsel for Plaintiff* | |
| *Alberto Espinoza* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2025, a copy of the foregoing Plaintiff's Status Report was filed and served via the CM/ECF filing system, on the following:

>Cody L. Frank, Esquire
>Marlin K. Green, Esquire
>BROWN SIMS
>2801 SW 149th Ave, Suite 120
>Miramar, Florida 33027
>Phone:        (305) 274-5507
>Facsimile:    (305) 274-5517
>Email:        cfrank@brownsims.com
>Email:        mgreen@brownsims.com
>
>*Pro Hac Vice Counsel for Defendant*
>*Underwriters, Yachtinsure Limited*

                                                 */s/ Meagan C. Borgerson*
                                         Meagan C. Borgerson (D. Md. Bar No. 13686)